IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Erik M. Helbing, Esq.
1328 Second Ave.
Berwick, PA  18603
570-498-5544 (telephone)
570-371-5445 (telecopy)
I.D. No. 031052006

**Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| IN RE: | FRANCES M. BARROW | : | No. | 19-24650 |
| | Debtor | : | Chapter: | 13 |
| | | : | Hearing Date: | August 27, 2019 |
| | | : | Judge: | ABA |

**ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY**

The relief set forth on the following page is **ORDERED**

**DATED: August 27, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the Debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay shall be and hereby is extended until further Order of this Court as to all creditors; and
2. Counsel for the Debtor shall serve a copy of this Order on the Trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-24650-ABA
Frances M. Barrow                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1               Date Rcvd: Aug 27, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db              +Frances M. Barrow,    134 West Main Street,    Millville, NJ 08332-4316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              Erik M. Helbing    on behalf of Debtor Frances M. Barrow ehelbing@helbingconsumerlaw.com,
               qianaramirez@gmail.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4