| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Erik M. Helbing, Esq.<br>1328 Second Ave.<br>Berwick, PA 18603<br>570-498-5544 (telephone)<br>570-371-5445 (telecopy)<br><br>In Re:<br>Frances Barrow | Case No.: **19-24650-ABA**<br><br>Chapter: 13<br><br>Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: 11/13/19 @ 10 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, Erik M. Helbing, Esq.:

    ☒ represent Frances Barrow in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On October 28, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   October 28, 2019                        /s/Erik M. Helbing
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>216 Haddon Ave<br>Suite 400<br>West Mout, NJ 08108-0000 | Attorney for AmeriHome Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email/ Electronic notice/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenler, FSB<br>425 Philips Blvd<br>Ewing, NJ 08618 | Mortgage Company Servicer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>535 Route 38<br>Suite 5<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Trustee | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic notice/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*