UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmeriHome Mortgage Company, LLC

In Re:

Frances M. Barrow,

Debtor.

Case No.: 19-24650-ABA

Chapter: 13

Hearing Date: 2/9/2021

Judge: Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 134 West Main Street (Docket # 28)

_____

Date: 2/5/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*