Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-24650 (ABA)**

Frances M. Barrow  
134 West Main Street  
Millville, NJ  08332

Monthly Payment: $646.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/21/2020 | $622.00 | 02/18/2020 | $622.00 | 03/30/2020 | $640.00 | 05/07/2020 | $660.00 |
| 06/05/2020 | $640.00 | 07/07/2020 | $640.00 | 08/25/2020 | $1,000.00 | 08/25/2020 | $200.00 |
| 11/20/2020 | $600.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANCES M. BARROW | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIK M. HELBING, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 1 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $29,498.79 | $3,499.72 | $25,999.07 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORPORATION | 24 | $774.74 | $91.90 | $682.84 | $0.00 |
| 3 | KML LAW GROUP P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ERIK M. HELBING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 6.00 | $0.00 |
| 02/01/2020 | Paid to Date | $3,293.13 |
| 03/01/2020 | 53.00 | $646.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,624.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $549.60 |
| Arrearages: | $1,458.00 |
| Attorney: | ERIK M. HELBING, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**