| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Erik M. Helbing, Esq.<br>I.D. No. 031052006<br>1328 Second Avenue<br>Berwick, PA 18603<br>570-498-5544<br>EHelbing@HelbingConsumerLaw.com<br><br>In Re:<br>Frances M. Barrow | Case No.: 19-24650<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: May 26, 2021<br><br>Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, **Erik M. Helbing, Esq.** :

    ☒ represent **Debtor** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **February 25, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Plan (post-confirmation)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 20, 2021

/s/ Erik M. Helbing
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AmeriHome Mortgage<br>304 Harper Drive<br>Suite 125<br>Moorestown, NJ 08057 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>535 Route 38<br>Suite 580<br>Cherryhill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |