| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Erik M. Helbing, Esq.
I.D. No. 031052006
1328 Second Avenue
Berwick, PA  18603
570-498-5544
EHelbing@HelbingConsumerLaw.com

Order Filed on April 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frances M. Barrow

Case No.:        19-24650

Chapter:          13

Judge:              ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 28, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Erik M. Helbing, Esq.</u>, the applicant, is allowed a fee of $ 700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00 . The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A (accounted for in pending post-confirmation modified plan per month for N/A months to allow for payment of the above fee.

*rev.8/1/15*