Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−24650−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frances M. Barrow
  fka frances m garcia III
  134 West Main Street
  Millville, NJ 08332

Social Security No.:
  xxx−xx−5934

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 26, 2021.

Dated: May 26, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 19-24650-ABA

Frances M. Barrow                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: plncf13 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances M. Barrow, 134 West Main Street, Millville, NJ 08332-4316 |
| 518376596 | + | AmeriHome Mortgage, 304 Harper Dr #125, Moorestown, NJ 08057-3247 |
| 518496547 | + | AmeriHome Mortgage Company, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518411584 | + | AmeriHome Mortgage Company, LLC, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518376598 | #+ | KML Law Group P.C., 216 Haddon Ave, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518388616 | | Email/Text: ebnnotifications@creditacceptance.com | May 26 2021 21:26:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD , MI 48034 |
| 518376597 | | Email/Text: ebnnotifications@creditacceptance.com | May 26 2021 21:26:00 | Credit Acceptance Corp, P.O. Box 551888, Detroit, MI 48255-1888 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erik M. Helbing | |
| | on behalf of Debtor Frances M. Barrow ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7