Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-24650 (ABA)**

Frances M. Barrow  
134 West Main Street  
Millville, NJ  08332

Monthly Payment: $880.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/2021 | $458.00 | 01/25/2021 | $1,000.00 | 02/23/2021 | $22.00 | 02/23/2021 | $600.00 |
| 03/30/2021 | $855.00 | 04/26/2021 | $855.00 | 05/21/2021 | $825.00 | 06/22/2021 | $845.00 |
| 08/03/2021 | $855.00 | 08/31/2021 | $840.00 | 10/13/2021 | $840.00 | 10/25/2021 | $840.00 |
| 11/24/2021 | $850.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANCES M. BARROW | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIK M. HELBING, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $3,500.00 |
| 0 | ERIK M. HELBING, ESQUIRE | 13 | $700.00 | $700.00 | $0.00 | $0.00 |
| 1 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $29,498.79 | $9,327.28 | $20,171.51 | $3,499.72 |
| 2 | CREDIT ACCEPTANCE CORPORATION | 24 | $774.74 | $244.96 | $529.78 | $91.90 |
| 3 | KML LAW GROUP P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ERIK M. HELBING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $6,851.02 | $1,423.84 | $5,427.18 | $0.00 |
| 8 | AMERIHOME MORTGAGE COMPANY, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 21.00 | $0.00 |
| 05/01/2021 | Paid to Date | $12,085.13 |
| 06/01/2021 | 38.00 | $880.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $9,685.00 |
| Total paid to creditors this period: | $7,091.62 |
| Undistributed Funds on Hand: | $778.60 |
| Arrearages: | $265.00 |
| Attorney: | ERIK M. HELBING, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**