DocuSign Envelope ID: 93572594-41C5-4D6B-9901-D5AA8F1E95C4

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
AmeriHome Mortgage Company, LLC

CASE NO. 19-24650 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Frances M. Barrow fka frances m garcia, III, debtor
William T. Barrow, co-debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/21/2017

I, Gina Miner, Vice President *Document Execution* Cenlar FSB by for AmeriHome Mortgage Company, LLC, hereby certifies the following information:
Recorded on July 7, 2017 in Cumberland County, in Book 04154, at Page 8324.
Property Address: 134W Main St, Millville NJ 08332.

Mortgage Holder: AmeriHome Mortgage Company, LLC

Mortgagor(s)/ Debtor(s): Frances M. Barrow fka frances m garcia, III

POST-PETITION PAYMENTS (Petition filed on July 29, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered February 19, 2021 | | | | | |
| | | To suspense | $1,330.17 | 03/12/2021 | $1,330.17 |
| $1,367.70 | 03/01/2021 | 03/01/2021 | $1,360.00 | 04/12/2021 | $1,322.47 |
| $1,367.70 | 04/01/2021 | 04/01/2021 | $720.00 | 05/11/2021 | $674.77 |
| | | To suspense | $600.00 | 05/11/2021 | $1,274.77 |
| $1,367.70 | 05/01/2021 | 05/01/2021 | $340.00 | 06/14/2021 | $247.07 |
| | | To suspense | $1,000.00 | 06/14/2021 | $1,247.07 |
| $1,367.70 | 06/01/2021 | 06/01/2021 | $332.00 | 07/22/2021 | $211.37 |
| | | To suspense | $1,000.00 | 07/22/2021 | $1,211.37 |
| $1,367.70 | 07/01/2021 | 07/01/2021 | $1,330.00 | 08/18/2021 | $1,173.67 |
| $1,367.70 | 08/01/2021 | 08/01/2021 | $200.00 | 10/01/2021 | $5.97 |
| | | To suspense | $1,000.00 | 10/01/2021 | $1,005.97 |
| | | To suspense | $132.00 | 10/01/2021 | $1,137.97 |
| | | | ($132.00) NSF | 10/08/2021 | $1,005.97 |
| $1,367.70 | 09/01/2021 | 09/01/2021 | $1,320.00 | 11/15/2021 | $958.27 |

DocuSign Envelope ID: 93572594-41C5-4D6B-9901-D5AA8F1E95C4

| | | | | | |
|---|---|---|---|---|---|
| $1,367.70 | 10/01/2021 | 10/01/2021 | $1,240.00 | 12/08/2021 | $830.57 |
| $1,367.70 | 11/01/2021 | 11/01/2021 | $1,368.28 | 01/04/2022 | $831.15 |
| $1,368.28 | 12/01/2021 | 12/01/2021 | $1,368.00 | 02/10/2022 | $830.87 |
| $1,368.28 | 01/01/2022 | 01/01/2022 | $1,368.00 | 03/17/2022 | $830.59 |
| $1,368.28 | 02/01/2022 | 02/01/2022 | $1,240.00 | 04/13/2022 | $702.31 |
| $1,368.28 | 03/01/2022 | | | | |
| $1,368.28 | 04/01/2022 | | | | |
| $1,368.28 | 05/01/2022 | | | | |
| $1,368.28 | 06/01/2022 | | | | |
| Total Due: | $21,887.26 | Total Received: | $17,116.45 | Arrears: $4,770.81 | Suspense: $702.31 |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $1,368.28
(Monthly payment-suspense)=$4,770.81 as of June 2022

Each current monthly payment is comprised of:
Effective as of December 1, 2021, the current monthly payment is comprised of:

    Principal & Interest:    $761.24
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $607.04    (Specify: escrow)
    TOTAL    $1,368.28

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC filed 11/7/2019 and effective 12/1/2019, NOPC filed 11/9/2020 and effective 12/01/2020, NOPC filed 10/22/2021 and effective 12/01/2021

PRE-PETITION ARREARS: $29,498.79

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 7/7/22

_____
Signature