ISABEL C. BALBOA, ICB-4082
ISABEL C. BALBOA, STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002
(856) 663-5002
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

DEBTOR: FRANCES M. BARROW
CASE NUMBER: 19-24650 ABA

NOTICE OF RESERVE ON CLAIM

CREDITOR: AMERIHOME MORTGAGE COMPANY, LLC
TRUSTEE CLAIM #: 1
COURT CLAIM #: 2

Please be advised that a reserve has been placed on the above named claim for the following reason:

_____   Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court.

_____   The creditor cannot locate an account for the debtor under the account number provided. The correct account number must be provided in writing.

_____   The creditor is not cashing checks issued by the Trustee. Payments will not resume until a written request is sent by the creditor to the Trustee.

_____   the debt has been transferred and the transfer/assignment has not been filed with the court.

_____   The creditor refuses to accept partial payments. Issue must be resolved by debtor's attorney or Pro Se debtor, and Trustee must be notified in writing of resolution.

_____   the creditor has failed to file a proof of claim.

_____   the debtor has failed to file a proof of claim for a creditor provided for in the plan pursuant to Fed. R. Bankr. P. 3004

__X___  the creditor has received stay relief, as per order entered JULY 28, 2022.

\_\_\_\_\_   Other:

**In the event the creditor seeks to file a claim after the expiration of the claims bar date, the creditor must obtain an Order Allowing Late Proof of Claim in accordance with Fed. R. Bankr. P. 3002(c) and 9006(b)(3). If a late proof of claim is filed, and an Order Allowing Late Proof of Claim has not been entered by the Court, the late claim WILL NOT be paid. The Chapter 13 Trustee will reserve the amounts provided in the plan for such creditor pending further Order of the Court.**

Request for additional information should be directed to: Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.

Dated:  AUGUST 25, 2022                              */s/ Isabel C. Balboa*
                                                     Chapter 13 Standing Trustee

Copy to:

AMERIHOME MORTGAGE COMPANY, LLC
CENLAR, FSB
BANKRUPTCY DEPARTMENT
425 PHILLIPS BOULEVARD
EWING, NJ 08618

KML LAW GROUP, PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA 19106

ERIK M. HELBING, ESQUIRE
1328 SECOND AVENUE
BERDICK, PA 18603

FRANCES M. BARROW
134 WEST MAIN STREET
MILLVILLE, NJ 08332